UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAN MCTERRELL,

                Plaintiff,

-v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, JANE DOE, JOHN DOE, and
DOCTOR(S),

                Defendants.

19 Civ. 4469 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received, by mail, the attached letter from plaintiff Sean McTerrell, seeking, *inter alia*, leave to file an amended complaint. This matter remains referred for general pretrial supervision to United States Magistrate Judge Stewart D. Aaron. Judge Aaron will determine the appropriate response to Mr. McTerrell's various requests.

    SO ORDERED.

                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 29, 2020
         New York, New York

4-13-2020

United States District Court
Southern District of New York

19 Civ. 4469 (PAE)
(SDA)

Sean McTerrell, 15A2874
        Plaintiff

Letter Motion
Lawyer request

-v-

New York City Health And Corp.
Jane Does, John Does and Doctors'

To: Paul A Englermayer

    Dear His Honor, I am writing You to (1) request A Pro Bono Attorney to assist me with An Amended Complaint. (2) to set parcel payment for the $350.00 filing fee, because they are taking all of my out side money and 40% of my state pay, which is causing A Tpycal hardship. (3) If A Lawyer will not be provided, than I Need and extension. I am A Layman of the law and I am Not a jail house Lawyer/para legal. I am on mental Health meds and was in special ed. all my Life. See <Montgomery at 501, See Tabron, 6 F 3d. at 156
    I also am asking His Honor to provide me with discoveries or order The defense Lawyer, to turn over descovey to help me identify the person who were involved in this case
    Thank You - Be well
        Respectfully Submitted
                Very Truely Yours

                Sean McTerrell

<u>Affidavit of Service</u>

State of New York)
County of Seneca)ss.:

I, <u>Sean McTerrell</u> being duly sworn, deposes and says:

1. That on <u>4/7/20</u>, I did in fact place the designated copies of the following papers in the Mailbox at Five Points Correctional Facility:

   a. <u>request for briefs from All defendants and Discoveries</u>
   b. <u>request for a pro Bono Lawyer to help me to Amend</u>
   c. <u>Time extention to Amend Complaint</u>

2. Said papers were adressed to the following parties:

<u>Orginal and Duplicate(s)</u>

<u>Paul A. Engelmayer - District Judge</u>
<u>500 Pead Street, New York, New York</u>
<u>10007</u>

<u>Copy</u>

<u>Christine M. Nash (Attorney for Defendants)</u>
<u>N.Y.C. Health and Hospitals Corp.</u>
<u>1205 Franklin Avenue</u>
<u>Garden City, New York 11530</u>

<u>Copy</u>

Very truly yours,
S. McTerrell

Five Points C.F.
PO Box 119
Romulus, New York 14541

Sworn to before me this
9th day of April, 2020

Tyler Chase
NOTARY PUBLIC

TYLER CHASE
Notary Public - State of New York
No. 01CH6381894
Qualified in Seneca County
My Commission Expires October 15, 2022

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Sean McTerrell   DIN: 15A3874   LOC: 10-C1-05B

Paul A. Engelmayer, District Judge
500 Pearl Street, Pro Se room 200
New York, New York
10007

First Class
Legal Mail



NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Sean McTerrell    DIN: 15A2874

Printed on Recycled Paper