```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean McTerrell,

                     **Plaintiff,**

    -against-

New York City Health and Hospitals Corporation, et al.,

                     **Defendants.**

1:19-cv-04469 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's Letter, dated April 27, 2020 and filed on the docket on May 14, 2020. (ECF No. 25.) Plaintiff's Letter pre-dates the Court's May 1, 2020 Order (*see* ECF No. 24) and therefore raises several issues, *i.e.* a request for appointment of pro bono counsel and request for discovery, that the Court already has addressed. The Court refers Plaintiff to the May 1, 2020 Order for the disposition of those issues.

    To the extent that Plaintiff's Letter includes an amended pleading, the Court recognizes that, at the time he sent the Letter, Plaintiff had not yet received the May 1, 2020 Order extending the time for him to file an Amended Complaint. To give Plaintiff the benefit of the additional time, should he choose to utilize it, the deadline for Plaintiff to file an Amended Complaint remains June 30, 2020. If Plaintiff does not file a subsequent amended pleading by that date, the Court will construe the April 27, 2020 Letter (ECF No. 25) to be the amended pleading.

    A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:      New York, New York
                 May 15, 2020

                                                                   _____
                                                                   STEWART D. AARON
                                                                  United States Magistrate Judge