USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean McTerrell,

                Plaintiff,

-against-

New York City Health and Hospitals Corporation, et al.,

                Defendants.

1:19-cv-04469 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's May 15, 2020 Order, if Plaintiff did not file an amended pleading beyond that contained in his April 27, 2020 Letter (ECF No. 25), the Court would construe that Letter to be the amended pleading. (*See* ECF No. 26.) Having received no further filings from Plaintiff, the Court hereby deems Plaintiff's April 27, 2020 Letter to be the amended pleading. Defendants shall move, answer or otherwise respond to the amended pleading no later than August 31, 2020.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
              July 31, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge