UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean McTerrell,

                            **Plaintiff,**

-against-

New York City Health and Hospitals Corporation, et al.,

                            **Defendants.**



1:19-cv-04469 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion to dismiss (ECF No. 28) no later than Friday, September 4, 2020. Defendants shall file their reply, if any, no later than Friday, September 18, 2020.

    A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               August 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge