**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEAN MCTERRELL,

                Plaintiff,                    19 **CIVIL** 4469 (PAE)(SDA)

        -against-                         **JUDGMENT**

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, ET AL.,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 7, 2020, Careful review of the thorough and well-reasoned 2020 Report reveals that there is no facial error in its conclusions. The 2020 Report, which is incorporated by reference herein, is adopted without modification. HHC's motion to dismiss is granted and the claims against the individual defendants are dismissed with prejudice. McTerrell's application for the appointment of pro bono counsel is denied; accordingly, the case is closed.

**Dated:**  New York, New York
         October 7, 2020

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                      **BY:**
                                                  *K. Mango*
                                                **Deputy Clerk**